IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | NO. C 05-01699 CRB<br><br>MDL No. 1699 |

_____/

This Document Relates to:

| | |
|---|---|
| *Ethel Brooks et al. v. Pfizer* | 05-4542 CRB |
| *Keith Cardone v. Pfizer* | 05-4490 CRB |
| *Lynellen Daniels v. Pfizer* | 05-4541 CRB |
| *Jose Martinez  v.  Pfizer* | 05-4488 CRB |
| *Rose Pascarella v. Pfizer* | 05-4602 CRB |

_____/

## SUBSTITUTION OF COUNSEL

TO THE CLERK:

　　　Kindly enter the appearance of Scott Levensten, Esquire of the Levensten Law Firm, P.C. as counsel for plaintiffs in the above captioned cases, and withdrawal the appearances of Scott Levensten, Esquire, James J. McHugh, Esquire and The Beasley Firm.  The appearance of Mr. Levensten should be entered as follows:

Scott Levensten, Esquire
The Levensten Law Firm, P.C.
1325 Spruce Street
Philadelphia, PA  19107
Phone:  215-545-5600
Fax:  215-545-5156

The appearance of counsel as listed below should be withdrawn from the action:

Scott Levensten, Esquire
James J. McHugh, Esquire
The Beasley Firm
1125 Walnut Street
Philadelphia, PA  19107

                                    Respectfully Submitted,

                                    SCOTT LEVENSTEN

September 21, 2006

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA