1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| --- | --- |

*This document relates to*:

| | | |
| --- | --- | --- |
| Marnie Bisazza | 06-0446 CRB | **STIPULATION AND [PROPOSED]** |
| Laura Davenport | 06-0446 CRB | **ORDER CONTINUING THE** |
| Maudie Davis | 06-0446 CRB | **HEARING ON PFIZER** |
| Eleanor Dramis | 06-0446 CRB | **DEFENDANTS' MOTION SEEKING** |
| Willie Elston | 06-0446 CRB | **ORDER DISMISSING PLAINTIFFS'** |
| Leon Jackson, Jr. | 06-2691 CRB | **CLAIMS WITH PREJUDICE OR** |
| Robert Kongstvedt | 06-0446 CRB | **OTHER APPROPRIATE SANCTIONS** |
| Bernice Maddox | 06-0446 CRB | |
| Jose Martinez | 05-4488 CRB | Date:   October 27, 2006 |
| Joseph Panarisi | 06-0446 CRB | Time:   10:00 a.m. |
| Carlos Perales | 06-0446 CRB | Judge:  Charles R. Breyer |
| Aram Yeghiazarian | 06-0446 CRB | |
| Samuel Zito | 06-2619 CRB | |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER DEFENDANTS'
MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER
APPROPRIATE SANCTIONS

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the Pfizer Defendants and Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee agree and hereby stipulate that the hearing on Pfizer Defendants' Motion Seeking an Order Dismissing Plaintiffs' Claims with Prejudice or Other Appropriate Sanctions shall be continued from October 13, 2006 at 10:00 a.m. to **October 27, 2006 at 10:00 a.m.** or as soon thereafter as counsel can be heard.  Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Dated:  October 3, 2006                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP


By _____
     ELIZABETH J. CABRASER
     SCOTT P. NEALEY

     Plaintiffs' Liaison Counsel


Dated:  October 3, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP


By ____/s/_____
     AMY W. SCHULMAN

     Defendants' Liaison Counsel


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  __October 6_____, 2006       _____
                                        HONORABLE CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS