1  Scott Levensten
2  The Levensten Law Firm, PC
   1325 Spruce Street
3  Philadelphia, PA 19107
   215-545-5600
4  fax 215-545-5156

5  Attorneys for Plaintiff,
   JOSE MARTINEZ
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX              )   MDL NO. 1699
13  MARKETING SALES PRACTICES AND           )   District Judge: Charles R. Breyer
    PRODUCT LIABILITY LITIGATION            )
14                                          )
    This document relates to:               )
15                                          )
    Jose Martinez,                          )   **STIPULATION AND ORDER OF**
16                                          )   **DISMISSAL WITHOUT PREJUDICE**
                      Plaintiffs,           )   **ONLY AS TO CASE NO. 05-4488 CRB**
17                                          )
         vs.                                )
18                                          )
    Pfizer, Inc., et al.                    )
19                    Defendants.           )

20  Case No. 05-4488 CRB

21

22       Come now the Plaintiff, Jose Martinez and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25  costs.

26       Should Plaintiff Jose Martinez or a representative of Plaintiff attempt to re-file claim

27  against Defendants, they shall do so only by re-filing in the United States District Court.

28

                                         -1-

DATED: October 4, 2006.

By: _____
Scott Levensten
Attorneys for Plaintiff, Jose Martinez

DATED: October 4, 2006.    GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 6, 2006

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

Stipulation and Order of Dismissal Without Prejudice